FILED

08 APR 16 PM 3:48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE RUBEN B. BROOKS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. LUIS ESQUIVEL, Defendant. | Case No. 08mj1042 **SUBSTITUTION OF ATTORNEY** |

Attorney, GERARD J. WASSON, Esq, 406 Ninth Avenue, Suite 311, San Diego, California, 92101, (619) 232-0181, is hereby appointed as counsel of record for Defendant, LUIS ESQUIVEL, in place of Federal Defenders of San Diego, Inc., previous counsel.

SO ORDERED.

DATED: 4/16/2008

HONORABLE RUBEN B. BROOKS
Magistrate Judge of U.S. District Court