# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Luis Esquivel )

CASE NUMBER 08MJ 1042

ABSTRACT OF ORDER

Booking No. ____________

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 4/16/08

the Court entered the following order:

___X___ Defendant be released from custody.

______ Defendant placed on supervised / unsupervised probation / supervised release.

______ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___X___ Defendant released on $ 30,000 bond posted.

______ Defendant appeared in Court. FINGERPRINT & RELEASE.

______ Defendant remanded and ( ______ bond) ( ______ bond on appeal) exonerated.

______ Defendant sentenced to TIME SERVED, supervised release for ______ years.

______ c.c. judgment Court of Appeals ( ______ affirming) ( ______ reversing) decision of this Court:

______ dismissing appeal filed.

______ Bench Warrant Recalled.

______ Defendant forfeited collateral.

______ Case Dismissed.

______ Defendant to be released to Pretrial Services for electronic monitoring.

______ Other. ____________

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA
2008 APR 16 P 4:19
2008 APR 16 P 4:19

____________
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by ____________
Deputy Clerk

Received ____________
DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY